# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA

v.

ABDEL HAMEED SHEHADEH, also known as "Abul-Qasim," "Abul-Qasim Ibn Abu Muhammad," "Sunnah101" and "Abu Baheera,"

DEFENDANT.

**WARRANT FOR ARREST**

CASE NUMBER:

TO: FBI Special Agent Farbod Azad, and any Authorized United States Official

YOU ARE HEREBY COMMANDED to arrest ABDEL HAMEED SHEHADEH

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Making materially false statements in a matter involving international and domestic terrorism

In violation of Title 18 United States Code, Section(s) 1001(a)(2)

Honorable Viktor V. Pohorelsky — Magistrate Judge, E.D.N.Y.

Name of [Title of Issuing Officer]

October 21, 2010, Brooklyn, N.Y.

Signature of Issuing Officer
Bail fixed at $ _____   By _____

Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at HONOLULU, HAWAII |

| DATE RECEIVED October 21, 2010 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST October 22, 2010 | SPECIAL AGENT RUSS K. MOCHIZUKI, FBI | [signature] |