# INFORMATION SHEET

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



**CR 10 1020**

**VITALIANO, J.**

**GOLD, M.J.**

1. Title of Case:  United States v. Abdel Hameed Shehadeh

2. Related Magistrate Docket Number(s): M-10-1239

3. Arrest Date:  **N/A**

4. Nature of offense(s):  ☒  Felony
   ☐  Misdemeanor

5. Related Civil or Criminal Cases - Title and Docket No(s).  (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules)

   _____

6. Projected Length of Trial:   Less than 6 weeks   (X)
   More than 6 weeks   ( )

7. County in which crime was allegedly committed: <u>Queens</u>
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( ) Yes  (X) No

9. Have arrest warrants been ordered?   ( ) Yes  (X) No

10. Is there a capital count included in the indictment?   ( ) Yes  (X) No

LORETTA E. LYNCH
UNITED STATES ATTORNEY

By: _____
James P. Loonam
Ali Kazemi
Assistant United States Attorneys
(718) 254-7520/6171