DNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
United States of America,                           :
                                                    :
                    Plaintiff,                      :          **ORDER**
                                                    :
           - against -                              :
                                                    :          10cr1020 (ENV)
Abdel Hameed Shehadeh ,                             :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------X

VITALIANO, D.J.

     Pursuant to the request of defense counsel for Abdel Hameed Shehadeh and with consent of counsel for the United States, the status conference scheduled for May 13, 2011 is adjourned to May 25, 2011 @ 10:00 a.m. As defense counsel had informed the Court of her unavailability because of a previously scheduled appointment, upon balancing the factors specified in 18 U.S.C. § 3161(h)(8), and without objection of any party, the Court will exclude the time between these two dates from speedy trial calculations, given the need to ensure the continuity of counsel and to otherwise meet the ends of justice.

     SO ORDERED

DATED:    Brooklyn, New York
              May 19, 2011

                                                                s/ENV

                                             _____
                                             ERIC N. VITALIANO
                                             U.S.D.J.