Judge Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

       Re: United States v. Abdel Hameed Shehadeh
       Criminal Docket No. 10-1020 (ENV)

To Judge Vitaliano:

    The government has conceded, that subsequent to voir dire and judiciary inquiry that I have a Constitutional Right to self-representation. See Faretta v. California, 422 U.S 806 (1975)

    The record must be categorically clear that I seek self-representation because my present counsel and I are diametrically opposed as to our trial strategies, investigative strategies and work ethics. I also have irreversible trust issues as a result of the Federal Government of the United States conspiring numerous times to entrap me in ridiculous scenarios, consequently failing to do so due to my vigilance and law-abiding personality.

    Pursuant to my Constitutional Rights which are unequivocal, I must be permitted to competently and effectively defend these frivolous and meritless charges. A competent and intelligent defense cannot under any circumstances be fought without my ability to review all facts, circumstances and evidence against me. How can I defend my position if the government with-holds evidence pursuant to their allegations that the information is classified?

    I am an American Citizen with no prior criminal history and am vigorously defending these criminal accusations. Since the Constitution of the United States guarantees me the absolute right of self-representation without equivocation nor condition precedent, I must be able as a citizen to properly and effectively exercise these rights.

    I am educated, intelligent, comprehend the elements of the charges and understand fully the nature of proceedings against me. I am able and ready to defend these charges and must respectfully demand all available discovery be provided to me; this includes discovery that the governments arbitrarily and capriciously labels as classified. The government should not be able to hide evidence and conceal from me facts which would inhibit my effective self-representation. This Court has unfettered discretion to order the government to turn over all discovery materials to me and I most respectfully request you exercise this discretion in order to preserve my Constitutional Rights. The Constitution and its progeny should be paramount to the government's interests.

Respectfully submitted,
Abdel-Hameed Shehadeh