

**U.S. Department of Justice**

United States Attorney
Eastern District of New York

AK
F.#2008R01056

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

August 24, 2011

**<u>Via ECF and Email</u>**

Fredrick H. Cohn, Esq.
61 Broadway
Suite 1601
New York, NY 10006

    Re:  <u>United States v. Abdel Hameed Shehadeh</u>
         <u>Criminal Docket No. 10-1020 (ENV)</u>

Dear Mr. Cohn:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on August 2, 2011, the government provided supplemental discovery and a letter detailing that discovery to you today. The government also reiterates its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

    If you have any questions or further requests, please do not hesitate to contact me.

              Very truly yours,

              LORETTA E. LYNCH
              United States Attorney

      By:    <u>/s/ Ali Kazemi</u>
              James P. Loonam
              Ali Kazemi
              Assistant U.S. Attorneys
              (718) 254-7520/6171

cc:  Clerk of the Court (ENV)(via ECF)