

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMB:AK
F.#2008R01056

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 1, 2011

**Via ECF and Hand**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  United States v. Abdel Hameed Shehadeh
            Criminal Docket No. 10-1020 (ENV)

Dear Judge Vitaliano:

      The government respectfully requests that the status conference in the above-captioned matter, currently scheduled for September 9, 2011 at 10:00 a.m., be adjourned to September 12, 2011 at 2:00 p.m.  Additionally, the government respectfully requests that speedy trial time be excluded from September 9, 2011 to September 12, 2011 due to the complexity of the case (previously noted by the Court on May 25, 2011).  The defendant consents to both requests.

                                Respectfully submitted,

                                  LORETTA E. LYNCH
                                United States Attorney

                    By:  ___/s/_____
                                James P. Loonam
                                Ali Kazemi
                                Assistant U.S. Attorneys
                                (718) 254-7520/6171

cc:  Frederick H. Cohn, Esq. (Via ECF and Email)