# FREDERICK H. COHN

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110

FAX 212-338-9088

fcohn@frederickhcohn.com

August 23, 2011

Hon. Eric N. Vitaliano
United States Courthouse
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11210

> **Application Granted**
> **SO ORDERED**
> Brooklyn, New York
> Dated: SEP - 8 2011
> s/ENV
> _____
> Eric N. Vitaliano
> United States District Judge

Re: U.S. v. Shehadeh, Abdel
Docket No.: 10-1020 (ENV)

Dear Judge Vitaliano:

I am requesting that you authorize me to utilize the services of Shana Knizhnik and Irina Stankevitch as paralegals in order to save time and expense in reviewing many documents in this matter, they should be compensated at the rate of $65.00 per hour rather than the recommended $55.00 per hour as they are full time employees and I have the obligation to absorb overhead and benefits for them.

Thank you for your consideration of this request.

Respectfully yours,

Frederick H. Cohn

cc: Jerry Tritz, Esq.