**FREDERICK H. COHN**

ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com

December 14, 2011

Hon. Eric N. Vitaliano
United States Courthouse
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11210

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: _19 2011_

s/ ENV

Eric N. Vitaliano
United States District Judge

Re: U.S. v. Shehadeh, Abdel
Docket No.: 10-1020 (ENV)

Dear Judge Vitaliano:

The Government and I have agreed that, with your permission, the date for me to file motions in this matter should be adjourned one week.

Thank you for your consideration.

Respectfully yours,

Frederick H. Cohn

cc: James Patrick Looman, AUSA (by email)