UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

              -v.-                                      NOTICE OF MOTION
                                                      10 CR. 1020 (ENV)

ABDEL HAMEED SHEHADEH,

              Defendant.

-----------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned will move this Court, before the Hon. Eric N. Vitaliano, at a date and time to be set by the Court, for an order, pursuant to the Fifth and Sixth Amendments to the United States Constitution and Rule 12(b) of the Federal Rules of Criminal Procedure, for an order suppressing the statement of the defendant Abdel Hameed Shehadeh on October 22 , 2010as well as the consequences of that statement said motion, to be made at the United States Court House, 225 Cadman Plaza East, Brooklyn, New York.

Dated: New York, NY
        December 12, 2011

                                                                     Frederick H. Cohn
                                                                     Attorney for the defendant
                                                                     Abdel Hameed Shehadeh
                                                                     111 Broadway, Suite 1805
                                                                     New York, NY 10006
                                                                     212-768-1110