

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL
F.#2008R01056

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 17, 2012

<u>By Hand Delivery and ECF</u>

The Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  <u>United States v. Abdel Hameed Shehadeh</u>
        <u>Criminal Docket No. 10-1020 (ENV)</u>

Dear Judge Vitaliano:

      By letter dated December 14, 2011, the defendant requested a one-week extension of time to file his motion to suppress his post-arrest statements. The Court granted this request and the defendant filed his motion on December 27, 2011. The government respectfully requests a reciprocal extension of its time to file its opposition to the defendant's motion. If the Court grants the government's request, the government's opposition will be due on January 24, 2012. The defendant's reply, if any, will be due on January 31, 2012. In addition, after consulting with chambers, the government requests that the Court adjourn the scheduled hearing in this matter to February 10, 2012. I have consulted with defense counsel and he consents to this application without objection.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

                By:        /s
                      James P. Loonam
                      Assistant United States Attorney
                      (718) 254-7520

cc:  Clerk of the Court (RJD) (by ECF)
     Frederick H. Cohn, Esq. (by e-mail)