

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

JPL:AK
F.#2008R01056

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 24, 2012

**Via ECF and Hand Delivery**

Frederick H. Cohn, Esq.
111 Broadway
Suite 1805
New York, New York 10006

      Re:  United States v. Abdel Hameed Shehadeh
           Criminal Docket No. 10-1020 (ENV)

Dear Mr. Cohn:

     Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on August 2, 2011, the government provided supplemental discovery and a letter detailing that discovery to you today. The government also reiterates its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

     If you have any questions or further requests, please do not hesitate to contact me.

           Very truly yours,

           LORETTA E. LYNCH
           United States Attorney

      By:   /s/ Ali Kazemi
           James P. Loonam
           Ali Kazemi
           Assistant U.S. Attorneys
           (718) 254-7520/6171

cc:  Clerk of the Court (ENV)(via ECF and Hand)