FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ FEB 16 2012

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
United States of America, :
:
        Plaintiff, : ORDER
:
    - against - :
: 10cr1020 (ENV)
Abdel Shehadeh, :
:
        Defendants. :
-----------------------------------------------------------------X

VITALIANO, D.J.

    Pursuant to the request of defense counsel for defendant Abdel Shehadeh, and with consent of government counsel, the hearing scheduled for February 10, 2012 is adjourned to February 16, 2012 at 2:30 p.m. Time, for speedy trial calculations, has already been excluded, and without objection, continues to be excluded to February 16, 2010 due to pendency of the defendant's motion and to otherwise meet the ends of justice.

    SO ORDERED

DATED:    Brooklyn, New York
             February 10, 2012

                                      s/ ENV

                                      _____
                                      ERIC N. VITALIANO
                                      U.S.D.J.