

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL:AK
F.#2008R01056

271 Cadman Plaza East
Brooklyn, New York  11201

March 7, 2012

**Via ECF and Hand**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Abdel Hameed Shehadeh
           Criminal Docket No. 10-1020 (ENV)

Dear Judge Vitaliano:

      On February 16, 2012, the Court set a deadline of March 12, 2012 for the filing of the government's Classified Information Procedures Act ("CIPA") Section 4 memorandum.  The government is currently working with the Department of Justice to finalize its CIPA Section 4 filing and needs additional time to do so.  Accordingly, the government respectfully requests that the Court continue the CIPA Section 4 filing deadline to March 23, 2012.  The defendant has no objection to this request.

                            Respectfully submitted,

                            LORETTA E. LYNCH
                            United States Attorney

               By:   ___/s/_____
                     James P. Loonam
                     Ali Kazemi
                     Assistant U.S. Attorneys
                     (718) 254-7520/6171

cc:  Frederick Cohn, Esq. (Via ECF and Email)