

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL:AK
F.#2008R01056

271 Cadman Plaza East
Brooklyn, New York 11201

March 7, 2012

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: MAR 0 8 2012

s/ ENV

Eric N. Vitaliano
United States District Judge

**Via ECF and Hand**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  United States v. Abdel Hameed Shehadeh
     Criminal Docket No. 10-1020 (ENV)

Dear Judge Vitaliano:

On February 16, 2012, the Court set a deadline of March 12, 2012 for the filing of the government's Classified Information Procedures Act ("CIPA") Section 4 memorandum. The government is currently working with the Department of Justice to finalize its CIPA Section 4 filing and needs additional time to do so. Accordingly, the government respectfully requests that the Court continue the CIPA Section 4 filing deadline to March 23, 2012. The defendant has no objection to this request.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:  ___/s/_____
James P. Loonam
Ali Kazemi
Assistant U.S. Attorneys
(718) 254-7520/6171

cc:  Frederick Cohn, Esq. (Via ECF and Email)