

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL:AK
F.#2008R01056

271 Cadman Plaza East
Brooklyn, New York 11201

March 9, 2012

**Via ECF and FedEx**

Frederick H. Cohn, Esq.
111 Broadway
Suite 1805
New York, New York 10006

    Re:  United States v. Abdel Hameed Shehadeh
          Criminal Docket No. 10-1020 (ENV)

Dear Mr. Cohn:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on August 2, 2011, the government provided supplemental discovery and a letter detailing that discovery to you today. The government also reiterates its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

    If you have any questions or further requests, please do not hesitate to contact me.

    Very truly yours,

    LORETTA E. LYNCH
    United States Attorney

By:  /s/ Ali Kazemi
    James P. Loonam
    Ali Kazemi
    Assistant U.S. Attorneys
    (718) 254-7520/6171

cc:  Clerk of the Court (ENV)(via ECF and Hand)