**FREDERICK H. COHN**
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com

FILED
IN CLERK'S
U.S. DIST...    N Y
★ MAR 1  2012
BROOKLYN OFFICE

March 13, 2012

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: MAR 1 4 2012

_____ s/ ENV _____
Eric N. Vitaliano
United States District Judge

Hon. Eric N. Vitaliano
United States Courthouse
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11210

Re: U.S. v. Shehadeh, Abdel
Docket No.: 10-1020 (ENV)

Dear Judge Vitaliano:

I have this day received the Government's motion in limine. Yesterday, I received the search warrant affidavit, execution of which "discovered" much of the information on which the motion is based.

We do not yet have a trial date and I have yet to received all the classified information. I have not examined the classified information that has been delivered as we have been waiting for my para legal's clearance. That should have been forthcoming a while ago. I am not aware that her clearance has presented any problem.

Because of a personal commitment of ten days out of the office, I am requesting a month and a half to respond to the Government's motion and, if appropriate, challenge the search warrant. Although I did not mention the challenge to the search warrant when I spoke to the Government, the Government has consented to the time I am requesting for my response.

Respectfully yours,

Frederick H. Cohn

cc: James P. Loonam/Ali Kazemi AUSAs
    Abdel Shehadeh