

**U.S. Department of Justice**

FILED WITH THE
COURT SECURITY OFFICER
CSO: *illegible*
DATE: 4/9/12

United States Attorney
Eastern District of New York

JPL:AK
F.#2008R01056

271 Cadman Plaza East
Brooklyn, New York 11201

April 9, 2012

<u>Via ECF and Hand</u>

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. Abdel Hameed Shehadeh
Criminal Docket No. 10-1020 (ENV)</u>

Dear Judge Vitaliano:

The government hereby notifies the Court of its filing earlier today – with the Classified Information Security Officer – of a classified supplemental memorandum in support of the government's classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related materials.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By:   /s/ Ali Kazemi
James P. Loonam
Ali Kazemi
Assistant U.S. Attorneys
(718) 254-7520/6171

cc: Frederick Cohn, Esq. (Via ECF and Email)