

**U.S. Department of Justice**

United States Attorney
Eastern District of New York

JPL:AK  
F.#2008R01056

271 Cadman Plaza East  
Brooklyn, New York  11201

April 9, 2012

**Via ECF and Email**

Frederick H. Cohn, Esq.  
111 Broadway  
Suite 1805  
New York, New York 10006

> Re: United States v. Abdel Hameed Shehadeh  
> Criminal Docket No. 10-1020 (ENV)

Dear Mr. Cohn:

Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on August 2, 2011, the Memorandum of Understanding signed by you on October 18, 2011 and the Protective Order Regarding Classified Information ordered by the Court on November 1, 2011, the government provided supplemental classified discovery and a letter detailing that discovery to you today.  The government also reiterates its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

If you have any questions or further requests, please do not hesitate to contact me.

Very truly yours,

LORETTA E. LYNCH  
United States Attorney

By:  /s/ Ali Kazemi  
James P. Loonam  
Ali Kazemi  
Assistant U.S. Attorneys  
(718) 254-7520/6171

Enclosure

cc: Clerk of the Court (ENV)(via ECF and Hand)