# United States District Court

__EASTERN__ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

ONE GATEWAY NETBOOK COMPUTER, MODEL ZH7, SERIAL NUMBER 95004677925; and
ONE DELL STUDIO LAPTOP COMPUTER, MODEL 1737, SERIAL NUMBER 47TKKK1

**SEARCH WARRANT**

CASE NUMBER: **12-081**

TO: __Federal Bureau of Investigation__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __FBI Special Agent Farbod Azad__ who has reason to
                                              Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

ONE GATEWAY NETBOOK COMPUTER, MODEL ZH7, SERIAL NUMBER 95004677925; and
ONE DELL STUDIO LAPTOP COMPUTER, MODEL 1737, SERIAL NUMBER 47TKKK1;
as set forth in Attachment A

In the __District__ District of __Hawaii__ there is now concealed a certain person or property, namely (describe the person or property)

Evidence, fruits and instrumentalities of violations of Title 18, United
States Code, Section 1001, as set forth in Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 8, 2012__
                                                          Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __the Magistrate Judge on duty__ as required by law.
                  United States Judge or Magistrate Judge

__January 25, 2012 @ 1:05 pm__ at __Brooklyn, New York__
Date and Time Issued                City and State

Magistrate Viktor V. Pohorelsky
Name and Title of Judicial Officer        Signature of Judicial Officer    P-709

## ATTACHMENT A

### Property to Be Searched

The property to be searched consists of:

A GATEWAY NETBOOK COMPUTER, MODEL ZH7, SERIAL NUMBER 95004677925, AND A DELL STUDIO LAPTOP COMPUTER, MODEL 1737, SERIAL NUMBER 47TKKK1, both seized on November 5, 2010 from the HAWAII RESIDENCE located at 3363 Huelani Drive, Honolulu, Hawaii (collectively, the "PREMISES").

## ATTACHMENT B

### Particular Things to be Seized

All records[1] contained on the PREMISES described in Attachment A, relating to violations of Title 18, United States Code, Section 1001(a)(2) and involving Abdel Hameed Shehadeh since April 2008, including:

a. browser history and lists of web sites visited;

b. internet search terms;

c. jihadist-related propaganda materials in any digital format, including but not limited to instructional materials, pamphlets, speeches, lectures, and magazines;

d. any information regarding Abdel Hameed Shehadeh's schedule or travel from April 2008 to the present;

e. bank records, checks, credit card bills, account information, and other financial records;

f. videos of Shehadeh and others discharging firearms; and

g. contacts and buddy lists.

all of which constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1001(a)(2).

---

[1] As used herein, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been electronically created or stored on the PREMISES.