# United States District Court

EASTERN _____ DISTRICT OF __NEW YORK__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

ONE WESTERN DIGITAL 750 GIGABYTE HARD DRIVE, SERIAL NUMBER WCAU40349797, CONTAINING A DIGITAL IMAGE OF A HITACHI HARD DRIVE, SERIAL NUMBER 080821BB6F00WDK41ZUG, LOCATED WITHIN A TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 98085678W

**SEARCH WARRANT**

**CASE NUMBER: M 12-081**

TO: Federal Bureau of Investigation _____ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __FBI Special Agent Farbod Azad__ who has reason to
                                                  Affiant

believe that [ ] on the person of or [X] on the premises known as (name, description and/or location)

ONE WESTERN DIGITAL 750 GIGABYTE HARD DRIVE, SERIAL NUMBER WCAU40349797, CONTAINING A DIGITAL IMAGE OF A HITACHI HARD DRIVE, SERIAL NUMBER 080821BB6F00WDK41ZUG, LOCATED WITHIN A TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 98085678W
as set forth in Attachment A

in the __Eastern__ District of __New York__ there is now concealed a certain person or property, namely (describe the person or property)

Evidence, fruits and instrumentalities of violations of Title 18, United States Code, Section 1001, as set forth in Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __February 8, 2012__
                                                           Date

(not to exceed 14 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.)(at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __the Magistrate Judge on duty__ as required by law.
                                    United States Judge or Magistrate Judge

__January 25, 2012 @ 1:05 pm__ at __Brooklyn, New York__
Date and Time Issued                    City and State

Magistrate Viktor V. Pohorelsky                    [signature]
Name and Title of Judicial Officer                  Signature of Judicial Officer

P-712

## ATTACHMENT A

### Property to Be Searched

The property to be searched consists of:

ONE WESTERN DIGITAL 750 GIGABYTE HARD DRIVE, SERIAL NUMBER WCAU40349797, CONTAINING A DIGITAL IMAGE OF A HITACHI HARD DRIVE, SERIAL NUMBER 080821BB6F00WDK41ZUG, LOCATED WITHIN A TOSHIBA SATELLITE LAPTOP COMPUTER, SERIAL NUMBER 98085678W, created at the STATEN ISLAND RESIDENCE located at 450 Drumgoole Road West, Staten Island, New York 10312 (the "PREMISES").

## ATTACHMENT B

### Particular Things to be Seized

All records[1] contained on the PREMISES described in Attachment A, relating to violations of Title 18, United States Code, Section 1001(a)(2) and involving Abdel Hameed Shehadeh since April 2008, including:

    a. browser history and lists of web sites visited;

    b. internet search terms;

    c. jihadist-related propaganda materials in any digital format, including but not limited to instructional materials, pamphlets, speeches, lectures, and magazines;

    d. any information regarding Abdel Hameed Shehadeh's schedule or travel from April 2008 to the present;

    e. bank records, checks, credit card bills, account information, and other financial records;

    f. videos of Shehadeh and others discharging firearms; and

    g. contacts and buddy lists.

all of which constitute evidence, fruits, and instrumentalities of violations of Title 18, United States Code, Section 1001(a)(2).

---

[1] As used herein, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been electronically created or stored on the PREMISES.