

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

```
JPL:AK                              271 Cadman Plaza East
F.#2008R01056                       Brooklyn, New York  11201
```

May 16, 2012

**Via ECF and Hand**

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:  United States v. Abdel Hameed Shehadeh
          Criminal Docket No. 10-1020 (ENV)

Dear Judge Vitaliano:

    The government respectfully requests a one day extension of the filing deadline for its classified response to the defendant's April 18, 2012 classified filing. Should the government's request be granted, its classified response will be due on May 22, 2012. The defendant does not object to this request.

    Respectfully submitted,

    LORETTA E. LYNCH
    United States Attorney

By:    /s/ Ali Kazemi
    James P. Loonam
    Ali Kazemi
    Assistant U.S. Attorneys
    (718) 254-7520/6171

cc:  Frederick Cohn, Esq. (Via ECF and Email)