JPL:AK
F.# 2008R01056

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ABDEL HAMEED SHEHADEH,
    also known as "Abul-Qasim,"
    "Abul-Qasim Ibn Abu Muhammad,"
    "Sunnah101" and "Abu Baheera,"

        Defendant.

- - - - - - - - - - - - - - - - - -X

N O T I C E

10 CR 1020 (ENV)

WITHDRAWAL OF NOTICE OF INTENT TO USE FOREIGN
INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States, through its attorney, Loretta E. Lynch, United States Attorney for the Eastern District of New York, hereby withdraws the notice previously provided to defendant ABDEL HAMEED SHEHADEH, also known as "Abul-Qasim," "Abul-Qasim Ibn Abu Muhammad," "Sunnah101" and "Abu Baheera," and to the Court, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d).  This withdrawal notice confirms that the United States does not intend to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical search conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1812 and 1821-1829.

Dated:     May 18, 2012
           Brooklyn, New York

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                      By:        /s
                                      James P. Loonam
                                      Ali Kazemi
                                      Assistant U.S. Attorneys
                                      Eastern District of New York
                                      271 Cadman Plaza East
                                      Brooklyn, New York 11201