

U.S. Department of Justice

United States Attorney
Eastern District of New York

JPL:AK
F.#2008R01056

271 Cadman Plaza East
Brooklyn, New York  11201

May 22, 2012

**Via ECF and Email**

Frederick H. Cohn, Esq.
111 Broadway
Suite 1805
New York, New York 10006

      Re:  United States v. Abdel Hameed Shehadeh
           Criminal Docket No. 10-1020 (ENV)

Dear Mr. Cohn:

    Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, and subject to the provisions set forth in the Stipulation and Order signed by the parties and ordered by the Court on August 2, 2011, the Memorandum of Understanding signed by you on October 18, 2011 and the Protective Order Regarding Classified Information ordered by the Court on November 1, 2011, the government provided supplemental classified discovery and a letter detailing that discovery to you today.  The government also reiterates its request for reciprocal discovery from the defendant pursuant to Rule 16(b).

    If you have any questions or further requests, please do not hesitate to contact me.

                        Very truly yours,

                        LORETTA E. LYNCH
                        United States Attorney

            By:   /s/ Ali Kazemi
                  James P. Loonam
                  Ali Kazemi
                  Assistant U.S. Attorneys
                  (718) 254-7520/6171

cc:  Clerk of the Court (ENV)(via ECF and Hand)