## FREDERICK H. COHN
ATTORNEY AT LAW
111 BROADWAY
SUITE 1805
NEW YORK, NY 10006
212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com

May 30, 2012

Hon. Eric N. Vitaliano
United States Courthouse
Eastern District of NY
225 Cadman Plaza East
Brooklyn, NY 11210

**Re: U.S. v. Shehadeh, Abdel**
**Docket No.: 10-1020 (ENV)**

Dear Judge Vitaliano:

Our papers in response to the Government's submission are due on Friday, June 1, 2012. Because of family difficulties I have had to be out of the office more than usual. I request that I be given until Wednesday, June 6 to respond. The government consents.

Respectfully yours,

Frederick H. Cohn

cc: Ali Kazemi/James Loonam AUSAs