**FREDERICK H. COHN**

ATTORNEY AT LAW

111 BROADWAY

SUITE 1805

NEW YORK, NY 10006

212-768-1110
FAX 212-338-9088
fcohn@frederickhcohn.com

June 6, 2012

**By Facsimile (718) 613 2136**
Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Addel Hameed Shehadeh
                Criminal Docket No.: 10-1020 (ENV)

Dear Judge Vitaliano:

      My wife's serious illness has limited my ability to adhere to the extension you so generously permitted. We have filed today, on schedule, the unclassified memorandum and attachments. I was not able to spend the time in the SKIF necessary to issue my classified response. Because I do not yet know my wife's operative schedule (although I hope it will be this week). I would appreciate a one week extension for that response to June 13, 2012. The Government consents.

      Respectfully submitted,

      Frederick H. Cohn

cc: James Loonam, AUSA (by email)
    Ali Kazemi, AUSA (by email)