

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AK
F.#2008R01056

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 20, 2012

<u>**Via ECF and Hand**</u>

Honorable Eric N. Vitaliano
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:  <u>United States v. Abdel Hameed Shehadeh</u>
           <u>Criminal Docket No. 10-1020 (ENV)</u>

Dear Judge Vitaliano:

      On June 13, 2012, the defendant filed a classified reply memorandum in this case.  The government respectfully requests permission to file a classified sur-reply to the defendant's memorandum by June 27, 2012.  Defense counsel does not object to this request.

                  Respectfully submitted,

                  LORETTA E. LYNCH
                  United States Attorney

          By:   ___/s/_____
                  James P. Loonam
                  Ali Kazemi
                  Assistant U.S. Attorneys
                  (718) 254-7520/6171

cc:  Frederick H. Cohn, Esq. (Via ECF and Email)