UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
UNITED STATES OF AMERICA             :
                                     :
                                     :
        -against-                    :      MEMORANDUM & ORDER
                                     :
ABDEL HAMEED SHEHADEH,               :      10-cr-1020 (ENV)
                                     :
                        Defendant.   :
------------------------------------------------------------ x

VITALIANO, D.J.

      Defendant Abdel Hameed Shehadeh's motion for compassionate release makes no showing that he has submitted a request to the warden, as required by 18 U.S.C. § 3582(c)(1)(A) and 28 C.F.R. § 571.61(a) (copies of which are annexed to this order), much less that that remedy has been exhausted or the extraordinary reasons why the exhaustion requirement should be waived. *See United States v. Livingston*, No. 18-cr-416 (ENV), 2020 WL 1905202, at *1 (E.D.N.Y. Apr. 17, 2020) (attached). Shehadeh's application for compassionate release, therefore, is denied, with leave to renew upon the showing required by 28 C.F.R. § 571.61(a) and this Order.

      The Clerk of Court is directed to mail a copy of this order and attachments to Shehadeh, Register No. 11815-022, at F.C.I. McKean.

      So Ordered.

      Dated:  Brooklyn, New York
               May 12, 2020

                                                  /s/ Eric N. Vitaliano
                                                    ERIC N. VITALIANO
                                                    United States District Judge