PROB 19A
(NYEP Rev 10/13)

# UNITED STATES DISTRICT COURT
## for
## Eastern District of New York

U.S.A. vs Abdel Shehadeh                                  Docket No.: 10-CR-1020

| SUMMONS FOR PROBATIONER TO APPEAR |
|---|

You are hereby commanded to appear before the United States District Court for the Eastern District of New York to answer charges that you have violated the conditions of supervision imposed by the court.

| NAME OF SUBJECT | SEX | RACE | AGE |
|---|---|---|---|
| Abdel Shehadeh | Male | White | 33 |

**ADDRESS (STREET, CITY, STATE)**
113-10 Horace Harding Expressway, Rm 417, Corona, NY 11368

| SENTENCE IMPOSED BY | DATE IMPOSED |
|---|---|
| The Honorable Eric N. Vitaliano, USDJ/NY-E | September 20, 2013 |

**DATE, TIME AND PLACE TO APPEAR:**
6/7/2023 at 11:00 a.m, U.S District Court, 225 Cadman Plaza East, Brooklyn, NY 11201, Courtroom 4c

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| BRENNA MAHONEY | [signature] | 5/25/2023 |

## RETURN

| DATE RECEIVED | DATE SERVED | METHOD OF SERVICE |
|---|---|---|
| 5/25/23 | 6/2/23 | 1. ☑ Copy of summons given to offender in person |
| | | 2. ☐ Copy of summons mailed to offender's last known residence and leaving a copy at last known residence with some person of suitable age and discretion residing therein |

**SERVICE BY:** (Enter your name, title and business address here)
Michael Cronin, U.S.P.O.
27 Johnson St., Brooklyn, NY 11201

| SIGNATURE OF USPO: | DATE RETURNED TO CLERK'S OFFICE: |
|---|---|
| Michael Cronin | 6/3/23 |